

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Jason Imbiano
phone: (212) 356-8766
email:jimbiano@law.nyc.gov

April 10, 2024

**BY ECF**
Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *E.K. et al. v. New York City Dep't of Education*, 23-cv-11276 (LGS)

Your Honor:

  I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. The Parties write jointly to request that the Court grant a stay of the Parties' briefing schedules for sixty (60) days. The reason for this request is to allow the parties time to discuss whether there is a possibility of a resolution of the case through a negotiated settlement. This is the Parties' first request for an extension of our briefing schedule. If granted, the Parties' briefing schedule would be as follows:

    June 7, 2024: Defendants' Motion for Summary Judgment
    June 30, 2024: Plaintiffs' Opposition and Cross-motion for Summary Judgment
    July 21, 2024: Defendants' Reply and Response to Cross-Motion
    August 5, 2024: Plaintiffs' Reply

  Thank you for your consideration.

                Respectfully,

                */s/ Jason Imbiano*
                Jason Imbiano
                Assistant Corporation Counsel

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. If the parties proceed with cross-motions for summary judgment, they shall comply with the briefing schedule proposed above. The parties' briefing shall otherwise comply with the Order at Dkt. No. 8. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 11.

Dated: April 11, 2024
    New York, New York