**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
E.K. and E.K., individually and on behalf of their
minor child, J.A.K.,

                Plaintiffs,

-against-                              23 **CIVIL** 11276 (LGS)

## **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 26, 2025, the Report is adopted in full. Plaintiffs' motion for summary judgment is **GRANTED IN PART**, and Defendant's motion for summary judgment is **DENIED**. Judgment is awarded to Plaintiffs in the amount of $67,605.40, consisting of $760.40 as reimbursement for the administrative fees charged by Leap Years, $36,308.00 for legal fees incurred in the underlying administrative proceeding, $30,132.00 for fees incurred in this civil action and $405.00 in costs; accordingly, the case is closed.

**Dated:** New York, New York

      September 29, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                   **BY:**        *K. Mango*

                                                          **Deputy Clerk**